UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-CR-20105-RNS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

DAVID C. COGGINS,
        Defendant.
_____/

### DEFENDANT'S MOTION TO AMEND JUDGMENT

Defendant David C. Coggins, through counsel, respectfully requests the Court amend the Court's previously amended judgment [D.E. 39] and change Mr. Coggins' surrender date from June 18, 2021, to July 2, 2021. In support of this motion, Mr. Coggins states as follows:

1. The Court's original judgment in this case, D.E. 35, was amended by the Court upon an unopposed motion of the Government on May 28, 2021, and requires that Mr. Coggins surrender before noon on June 18, 2021. The primary reason this date was agreed upon by the parties was because it falls exactly two weeks after the expected due date of his child and exactly one week after the date upon which his fiancee's doctors would otherwise induce birth.

2. On June 10, 2021, Mr. Coggins' fiancée, Deborah Haff, gave birth to their daughter, Dylan Grace. Unfortunately, Dylan was born with a heart deformity,

most likely Scimitar Syndrome[1], that will require surgery. *See* Ex. A (Chest CT Report). She is currently receiving oxygen and IV fluids in the Neonatal Intensive Care Unit at South Miami Hospital. *See* Exs. B (letter from Ms. Haff's OBGYN) & C (NICU Plan of Care).

3. Dr. Philip Teitelbaum, a pediatric radiologist at South Miami Hospital, interpreted Dylan's CT scan on June 14, 2021, and concluded that "strong consideration should be given to immediate surgery and advanced treatment." Ex. A at 2. The current treatment plan is to transfer Dylan in the coming days to Nicklaus Children's Hospital for surgery within the next 14 days.

4. The undersigned has conferred with DOJ Attorney Emily Scruggs, who advises that the Government opposes the relief sought in this motion.

5. The undersigned has also conferred with U.S. Probation Officer Jorge Ferdinandy, who advises that U.S. Probation does not oppose the relief sought and that Mr. Coggins has complied with all orders from U.S. Probation while out of custody.

WHEREFORE, the Defendant, David C. Coggins, respectfully requests that the Court amend Mr. Coggins' surrender date from June 18, 2021, to July 2, 2021.

---

[1] Scimitar syndrome is a rare congenital heart defect (1-3 per 100,000 live births) that presents with signs of heart failure in infants. The defect causes some of the pulmonary veins carrying blood from the lungs to the heart to flow into the wrong chamber of the heart. *See* Josue Diaz-Frias & Jason Widrich, *Scimitar Syndrome*, StatPearls, Dec. 23, 2020, available at: https://www.ncbi.nlm.nih.gov/books/NBK546602/#article-28774.s2 (last accessed June 16, 2021).

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

*s/ Andrew Jacobs*
Andrew Jacobs
Assistant Federal Public Defender
Florida Special Bar No. A5502687
150 W. Flagler St., Ste. 1700
Miami, FL 33138
305-533-4201
Andrew_Jacobs@fd.org

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Andrew Jacobs*
Andrew Jacobs