United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>David C. Coggins<br>USM No. 21125-104,<br>Defendant. | Criminal Case No. 21-20105-CR-Scola |

### Order Granting Motion to Extend Surrender Date

This matter is before the Court on Defendant's Motion to Amend Judgment, filed June 16, 2021. Defendant requests the Court amend the previously amended judgment (ECF No. 39) to change Defendant's surrender date from June 18, 2021 to July 2, 2021. It is hereby

**Ordered and Adjudged** that the Defendant's Motion to Change Surrender Date (**ECF No. 40**) is **granted**. Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 12:00 noon on **July 2, 2021**. If not designated by the specified date, the defendant shall surrender to the U.S. Marshals Service at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, 6th floor, Miami, Florida 33128.

**Done and Ordered** at Miami, Florida, on June 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

cc: Counsel of record
     U.S. Probation Officer
     U.S. Marshals Service